IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2167-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARC CHRISTOPHER TURNER, ) | |
| Register Number 12786-097, ) | |
| ) | |
| Respondent. ) | |

On June 23, 2010, respondent filed a motion for a hearing [D.E. 8] on the merits of the government's petition for respondent's commitment pursuant to 18 U.S.C. § 4248. The parties have commenced discovery in anticipation of the hearing, and on November 18, 2010, the government filed a motion to seal [D.E. 22] several forensic reports in the record, along with all future forensic reports. By order filed November 9, 2010 [D.E. 20], the court allowed respondent's motion for an extension of discovery, and respondent has until March 7, 2011, in which to serve his initial disclosures.

The government's motion to seal [D.E. 22] is ALLOWED. Furthermore, pursuant to Federal Rule of Civil Procedure 5.2(d), Local Civil Rule 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such documents are produced by government evaluators, independent examiners, or other mental health professionals.

Respondent's motion for a hearing [D.E. 8] is also ALLOWED. The court refers to United States Magistrate Judge James E. Gates all prehearing matters in this case. Magistrate Judge Gates shall hear and determine all prehearing procedural or discovery motions, and all other non-dispositive prehearing matters, including conducting any final prehearing conference, and shall submit reports and recommendations and conduct any associated hearings on all remaining prehearing matters, pursuant to 28 U.S.C. § 636(b)(1)(A) & (B), (3), Local Civil Rule 72.3(a)–(c), (h), EDNC, and Standing Order No. 10-SO-01, ¶ 5 (E.D.N.C. Aug. 4, 2010).

SO ORDERED. This **30** day of November 2010.

JAMES C. DEVER III
United States District Judge