IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:07-HC-2167-D

UNITED STATES OF AMERICA

vs.

MARC CHRISTOPHER TURNER
    Respondent.

**AMENDED PROPOSED JOINT PRE-TRIAL ORDER PURSUANT TO L.R. 16.1(c) E.D.N.C.**

I. STIPULATIONS

1. All parties are properly before the Court.

2. The Court has jurisdiction of the parties and the subject matter.

3. All parties have been correctly designated.

4. There is no question as to misjoinder or non-joinder of the parties.

5. This action arises under the *Adam Walsh Act*, Title 18, United States Code § 4248 and this Court has original jurisdiction.

6. Venue of this matter is proper.

7. Copies of all official documents, documents kept in the ordinary course of business, and all production exchanged during discovery in this matter are genuine and authentic.

II. FACTS

A. PETITIONER

a. On September 7, 2007, Respondent Marc Christopher Turner ("Turner") was certified as a sexually dangerous person pursuant to Title 18, United States Code § 4248.

b. On June 29, 2007, Turner's Supervised Release was revoked for unauthorized internet access, failure to provide phone records, and failure to submit to monthly supervision reports.

c. On August 4, 2006, Turner was convicted of Indecent Exposure in Sutter County, California Superior Court. The offense conduct involved Turner exposing himself to a 3 year old girl at a Big Lots.

d. On September 14, 2001, Turner was convicted of two counts of

Distribution of Visual Depiction of Minor Engaging in Sexually Explicit Conduct in the Eastern District of California.

  e. On November 23, 1998, Turner was convicted of Indecent Exposure in Yuba County Superior Court.

  f. On April 27, 1997, Turner was convicted of Indecent Exposure in Yuba County Municipal Court.

 B. RESPONDENT

  a. Respondent has a high school diploma and an Honorable Discharge from the United States Army.

  b. Respondent has an excellent history of work and attitude with respect to work in and outside of prison,

  c. Respondent has no history of convictions in any jurisdiction for actual touching or molestation of a child or sexually violent conduct.

 D. LEGAL ISSUES

  a. Has Marc Turner engaged in or attempted to engage in sexually violent conduct or child molestation?

  b. Is Marc Turner sexually dangerous in that he suffers from a serious mental illness, abnormality or disorder, and as a result of his serious mental illness, abnormality or disorder, would have serious difficulty in refraining from sexually violent conduct or child molestation if released?

III. EXHIBITS

 A. PETITIONER

| No. | Description | Bates Stamp #'s | Objection |
|---|---|---|---|
| 1 | CV of Dr. Dale Arnold | n/a | |
| 2 | Evaluation for Civil Commitment as Sexually Dangerous Person by Dr. Dale Arnold dated October 3, 2010 | 1741-1772 | protected by privilege |
| 3 | Evaluation for Civil Commitment as Sexually Dangerous Person Update by Dr. Dale Arnold dated October 10, 2011 | 2021-2039 | protected by privilege |
| 4 | CV of Dr. Tanya Cunic | n/a | |
| 5 | Forensic Report of Dr. Tanya Cunic dated August 20, 2010 | 1-12; 953 | protected by privilege |
| 6 | BOP Record dated July 22, 2010 | 740 | |

| | | | |
|---|---|---|---|
| 7 | Judgment in a Criminal Case dated July 9, 2007 (E.D.Ca.) Re: Revocation of Supervised Release | 22-28; 36-41; 18-21 | |
| 8 | Judgment dated August 4, 2006 (Superior Court of California, County of Sutter), Criminal Information, Report of Probation Officer, and Investigative Materials re: Lewd and Obscene Conduct | 1589-1592; 1587-1588; 1557-1576; 1105-1110 | Hearsay; no authentication on officer notes only |
| 9 | Amended Judgment in a Criminal Case dated February 14, 2002 (E.D.Ca.) | 29-35 | |
| 10 | Judgment in a Criminal Case dated September 14, 2001 (E.D.Ca.) | 339-345 | |
| 11 | Presentence Investigative Report | 102-121 | |
| 12 | Investigative Materials | 1380-1397; 1405-1407; 1414-1417 | Hearsay no authentication |
| 13 | Sex Offender Treatment Program Discharge Report dated January 1, 2004 | 1180-1193 | protected by privilege |
| 14 | Memorandum re: Sex Offender Treatment Program Expulsion dated October 31, 2003 | 60 | protected by privilege |
| 15 | BOP Record re: Cell Search dated October 28, 2003 | 766 | |
| 16 | Psychosexual History Questionnaire | 1254-1283 | protected by privilege |
| 17 | Psychosexual History Questionnaire | 1194-1248 | protected by privilege |
| 18 | BOP Report re: Inappropriate Behavior dated August 20, 2003 | 771 | |
| 19 | Penile Plethysmograph Response (PPG) data dated March 11, 2003 | 1284-1302 | protected by privilege |
| 20 | Sex Offender Treatment Program Journal Entries and "Arousal Log" with various dates | 2259-2268; 2269-2270; 2275-2276 | protected by privilege |
| 21 | Sex Offender Treatment Program dated May 20, 2002 | 1167-1179 | protected by privilege |
| 22 | Psychological Evaluation of Dr. Christopher Heard dated March 30, 2001 | 1147-1456; 1445-1446 | protected by privilege |

| No. | Description | Bates Stamp #'s | Objection |
|---|---|---|---|
| 23 | Report of Probation Officer dated April 2, 1997 re: Indecent Exposure | 1352-1361 | |
| 24 | BOP Incident Report re: Possession of Anything not Authorized dated May 11, 2011 | 2070-2072 | |

Petitioner reserves the right to designate and use any exhibits identified by Respondent in this action. Respondent reserves the right to designate and use any exhibits used by Respondent in this action.

    B.    RESPONDENT

| No. | Description | Bates Stamp #'s | Objection |
|---|---|---|---|
| 1 | CV Dr. John Warren | n/a | |
| 2 | Evaluation of Dr. John Warren regarding Respondent | Respondent 1-17 | |
| 3 | Reference to High School Diploma and Honorable Discharge from US Army | Respondent 3-4 | |
| 4 | Superior/Good Employment History at BOP | BOP Bates 59, 62, 64, 208, 210, 212, 220, 2054, 2056, 2062, 2064 (Numerous other pages in Petitioner Disclosures) | |
| 5 | Deposition of Dr. Dale Arnold dated September 13, 2011 | n/a | hearsay |

Respondent reserves the right to designate and use any exhibits identified by Petitioner in this action.

    IV.    DESIGNATION OF PLEADINGS AND DISCOVERY MATERIALS

    A.    PETITIONER

Petitioner designates the entire pleadings and responses and the transcripts of the following depositions for purposes of cross–examination: Dr. John Warren and Marc Turner.

Petitioner reserves the right to use, as necessary, all portions of these documents, as appropriate, pursuant to the Federal Rules of Evidence and the Local Rules.

B. RESPONDENT

Respondent designates the entire pleadings and responses and the transcripts of the following depositions for purposes of cross-examination: Dr. Tanya Cunic, Dr. Dale Arnold, and Respondent Marc Christopher Turner.

V. WITNESSES

A. PETITIONER

| Name | Address | Proposed Testimony |
| --- | --- | --- |
| Dr. Dale Arnold | PO Box 182<br>Pismo Beach, CA 93448 | Expert Testimony re: Issues (a) and (b) identified by Petitioner |
| Dr. Tanya Cunic | Federal Correctional Complex<br>Psychology Services<br>PO Box 1000<br>Butner, NC 27509 | Expert Testimony re: Issues (a) and (b) identified by Petitioner |
| Marc Turner | Respondent | Testimony re: prior offenses and convictions, facts relating to same, and institutional conduct |
| Lynelle Cox | Federal Correctional Complex<br>PO Box 1000<br>Butner, NC 27509 | Ms. Cox is the Records Custodian at FCI Butner. If necessary, she will be called to testify that the documents offered are kept in the regular course of business in a system of records that they are required to maintain. |

Petitioner reserves the right to call any witness listed by Respondent in this Pretrial Order. Petitioner reserves the right to call rebuttal witnesses, as appropriate. Respondent reserves the right to call sur-rebuttal witnesses, as appropriate.

B. RESPONDENT

| Name | Address | Proposed Testimony |
|---|---|---|
| Dr. John Warren | 840 West Fourth Street Winston-Salem, NC 27101 | Expert Testimony regarding issues (a) and (b) as Identified by the Petitioner and about actuarial assessments and dynamic factors regarding Respondent |

Respondent reserves the right to call any witness listed by Petitioner in this Pretrial Order.

TRIAL TIME ESTIMATE: 2 days

FOR PETITIONER:                    FOR RESPONDENT:

THOMAS G. WALKER                   THE LAW OFFICES OF W. H. PARAMORE, III, P.C.
United States Attorney

By:   /s/ Joshua B. Royster         By:   /s/ W. H. Paramore, III
    JOSHUA B. ROYSTER                     WALTER H. PARAMORE, III
    Attorney for Petitioner                Attorney for Respondent
    Assistant United States Attorney       410 New Bridge Street, Ste. 4
    Civil Division                         Jacksonville, NC 28540
    310 New Bern Avenue                    Telephone: 910-347-1800
    Suite 800, Federal Building            N. C. Bar #: 7257
    Raleigh, NC 27601-1461                 L.R. 57.1 Counsel
    Telephone: 919-856-4530                Appointed
    Facsimile: 919-856-4821                E-mail: whparamore@bizec.rr.com
    Email: joshua.royster@usdog.gov
    N. C. Bar No. 28785

APPROVED BY:

_____
James C. Dever, III
Chief, United States District Judge


February _____, 2012