UNITED STATES OF AMERICA,
          Petitioner,

v.

MARC CHRISTOPHER TURNER,
          Respondent.

**Judgment in a Civil Case**

Case Number: 5:07-HC-2167-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent, Marc Christopher Turner, and against the petitioner, the United States and this action is hereby dismissed.

The United States is ORDERED to release Turner from the custody of the Bureau of Prisons. Turner shall report to the United States Probation Office in California Eastern within 24 hours of arrival in California or within 96 hours of release from the Bureau of Prisons, whichever is earlier. Specifically, Turner shall report in person to the United States Probation Office located at 9245 Laguna Springs Drive, Room 210, Elk Grove, California, telephone number (916)683-3321.

This Judgment Filed and Entered on March 9, 2012, with service on:
Walter H. Paramore, (via CM/ECF Notice of Electronic Filing)
G. Norman Acker, III, R.A. Renfer, Jr., Joshua B. Royster, Michael E. Lockridge, David T. Huband and S. Katherine Burnette, (via CM/ECF Notice of Electronic Filing)

March 9, 2012

/s/ Julie A. Richards
Clerk